1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-9993 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| TIMOTHY MCCANDLESS, AKA TIM MCCANDLESS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Timothy McCandless, aka Tim McCandless, in the principal amount of $11,245.80 plus interest accrued to December 27, 2010, in the sum of $16,217.82; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$27,463.62**.

DATED: 3/9/11            By: TERRY NAFISI
                             Clerk of the Court

                             Deputy Clerk
                             United States District Court